UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

IN RE:  CHAPTER 13
 CASE NO. 19-44553
DOUGLAS S. HAUSER  JUDGE THOMAS J. TUCKER

                Debtor,
_____/

## ORDER CONFIRMING PLAN

      The Debtor's Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest.  Objections, if any, have been resolved.  The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 U.S.C. §1325(a) are met.

      Therefore, IT IS HEREBY ORDERED that the Debtor's Chapter 13 plan, as last modified, if at all, is confirmed.

      IT IS FURTHER ORDERED that the claim of **Wolfson Bolton PLLC**, attorney for the Debtor, for the allowance of compensation and reimbursement of expenses is allowed in the total amount of $ Fees and Expenses by Application in fees and $Fees and Expenses by Application in expenses, and that the portion of such claim which has not already been paid, to-wit: $ Fees and Expenses by Application shall be paid by the Trustee as an administrative expense of this case.

      IT IS FURTHER ORDERED that the Debtor shall maintain all policies of insurance on all property of the Debtor and this estate as required by law and contract.

      All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 U.S.C. §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

      IT IS FURTHER ORDERED as follows: [*Only provisions checked below apply*]

☐ The Debtor shall remit _____% of all tax refunds received or entitled to after commencement of the case and shall not alter any withholding deductions/exemptions without Court approval.
☐ The Debtor's Plan shall continue for no less than _____ months.
☐ Creditors rights to object to the last filed Modified Plan are preserved until_____.
☑ Debtor agrees to execute quitclaim deed regarding the former marital home to Creditor Hannah V. Hauser, in accordance with Stipulated Order regarding same, entered October 10, 2019, Docket No. 34.
☑ Creditor Hannah V. Hauser shall be paid as a Class 7.1 unsecured priority creditor in the amount of $2,000.00 with regard to Claim 10 filed on June 4, 2019.
☑ Creditor Hannah V. Hauser shall be paid as a Class 9 general unsecured creditor with regard to Claims 11, 12, and 13, filed on June 5, 2019, and further amended on August 19, 2019.
☑ Plan payments shall increase to $266.00 bi-weekly effective upon October 10, 2019.
☑ Plan payments shall increase to $408.00 bi-weekly effective August 1, 2023, upon maturation and full repayment of the loan owing to Volkswagen Credit.

{00088222.DOCX }

☑ Class 9 general unsecured creditors shall receive no less than $4,000.00.

APPROVED:                    OBJECTIONS WITHDRAWN:          APPROVED:

 /s/ Tammy L. Terry          /s/*Barbara L. Yockey (with permission)* /s/ Michelle H. Bass
TAMMY L. TERRY               BARBARA L. YOCKEY (P36218)     MICHELLE H. BASS (P71358)
CHAPTER 13 TRUSTEE           Attorney for Creditor          ATTORNEY FOR DEBTOR
535 Griswold St.             208 E. Third Street            Wolfson Bolton PLLC
Suite 2100                   Imlay City, MI 48444           3150 Livernois, Suite 275
Detroit, MI 48226            (810) 721-7373                 Troy, MI 48083
(313)-967-9857               byockey@barbarayockeylaw.com   (248) 247-7070
                                                            mbass@wolfsonbolton.com

**Signed on October 16, 2019**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge

{00088222.DOCX }